IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DAVID HILL

vs.                             CIV. NO. 1:04-CV-1249

UNITED STATES OF AMERICA

MOTION FOR DISCOVERY

COMES NOW, DAVID HILL, PURSUANT TO RULE 6(a) OF THE RULES GOVERNING § 2255 PROCEEDING, REQUEST THIS COURT TO AUTHORIZE DISCOVERY BASED ON THE CLAIMS PENDING IN THE POST-JUDGMENT MOTION TO AMEND THE 2255 AND PROPOSED AMENDED 2255 AND ORDER DISCLOSURE OF THE DOCUMENTS ATTACHED IN DR. THEODORE D. KESSIS, PH.D. REQUEST.



1.

## STATEMENT OF FACTS

On November 10, 2022, Hill filed a post-judgment motion to amend the 2255 motion and a proposed amended 2255 motion raising (11) claims surrounding the DNA evidence. See pending petition. Mr. Hill then hired a second DNA expert Dr. Theodore D. Kessis, Ph.D. See retainer. Dr. Kessis has submitted a list of requested materials in support of the claims in the pending amended 2255. See attached request, Exhibit 2D.

2.

ARGUMENT

Under R. Governing § 2255 Cases U.S. Dist. Cts. 6(a), a district court may authorize discovery upon a showing of good cause by a petitioner. Good cause will exist when specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief. See Juniper v. Zook, 876 F.3d 551, 573 fn. 9 (4th Cir. 2017).

The court should consider the withheld exculpatory and impeachment evidence produced by the FBI, the claims raised in the amended 2255 motion, Dr. Christopher Bjird, PH.D affidavit to warrant authorizing discovery of the requested materials made by Dr. Theodore D. Kessis, PH.D.

3.

## CONCLUSION

FOR THESE REASONS, THE COURT SHOULD GRANT AUTHORIZATION FOR DISCOVERY ON THE BRADY AND NAPUE CLAIMS RAISED IN THE AMENDED 2255 AND RELEASE THE REQUESTED MATERIALS MADE by DR. THEODORE D. KESSIS, PH.D.

RESPECTFULLY SUBMITTED

DATED: March 30, 2023

DAVID HILL #12585-007
U.S.P. FLORENCE-MAX
P.O. BOX 8500
FLORENCE, CO. 81226

## CERTIFICATE OF SERVICE

A COPY HAS BEEN MAILED TO STEVEN D. MELLIN, U.S. ATTORNEY'S OFFICE, 2100 JAMIESON AVE. ALEXANDRIA, VA. 22314 THIS March 30, 2023

DAVID HILL #12585-007
U.S.P. FLORENCE-MAX
P.O. BOX 8500
FLORENCE, CO. 81226

4.